UNITED STATES of America,
Plaintiff–Appellee,

v.

Miguel Angel CERVANTES–CEVALLOS, a.k.a. Miguel Angel Cervantes, a.k.a. Miguel Anguel Cervantes, a.k.a. Miguel Anguel Cervantes Cevallos, a.k.a. Miguel Anguel Cervantes–Cevallos, Defendant–Appellant.

No. 15–10471

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted August 16, 2016 *

. FILED August 22, 2016

Krissa Marie Lanham, USPX–Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Miguel Angel Cervantes–Cevallos, Pro Se.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Miguel Angel Cervantes–Cevallos appeals from the district court's judgment and challenges his guilty-plea conviction and 33–month sentence · for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cervantes–Cevallos's counsel · has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cervantes–Cevallos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Cervantes–Cevallos waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We ac-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**